## Case Information

DC-16-13520 | JANET G NEWLAND vs. CHARTWELL AMERICAS LLC et al

| Case Number | Court | File Date |
|---|---|---|
| DC-16-13520 | 14th District Court | 10/17/2016 |
| Case Type | Case Status | |
| EMPLOYMENT | OPEN | |

## Party

PLAINTIFF
NEWLAND, JANET G

Active Attorneys ▾

Lead Attorney
PEREZ, JAVIER
Retained

Work Phone
214-965-9675

Fax Phone
214-965-9680

Attorney
SCOTT, MATTHEW R
Retained

Work Phone
214-965-9675

Fax Phone
214-965-9680

# EXHIBIT A

DEFENDANT
CHARTWELL AMERICAS LLC

Address
BY SERVING REGISTERED AGENT ELLIS F TREVOR
13601 PRESTON ROAD SUITE 250E
DALLAS TX 75240

Active Attorneys ▼
Lead Attorney
DANIELS, RUTH ANN
NORTON
Retained

Work Phone
214-237-6396

Fax Phone
214-953-1332

Attorney
GAONA III, FRED
Retained

Work Phone
214-290-0007

Fax Phone
214-290-0099

DEFENDANT
AMERICAN TALENT GROUP LLC

Address
BY SERVING REGISTERED AGENT ELLIS F TREVOR
13601 PRESTON ROAD SUITE 250 E
DALLAS TX 75240

Active Attorneys ▼
Lead Attorney
DANIELS, RUTH ANN
NORTON
Retained

Work Phone
214-237-6396

Fax Phone
214-953-1332

DEFENDANT
TEXINIA CORPORATION

Address
BY SERVING REGISTERED AGENT ELLIS F TREVOR
211 NORTH PEAK STREET SUITE 3103
DALLAS TX 75204

Active Attorneys ▼
Lead Attorney
DANIELS, RUTH ANN
NORTON
Retained

Work Phone
214-237-6396

Fax Phone
214-953-1332

DEFENDANT
TREVOR, ELLIS F.

Address
2110 NORTH PEAK STREET APT NO 3103
DALLAS TX 75240

Active Attorneys ▼
Lead Attorney
DANIELS, RUTH ANN
NORTON
Retained

Work Phone
214-237-6396

Fax Phone
214-953-1332

## Events and Hearings

10/17/2016 NEW CASE FILED (OCA) - CIVIL

10/17/2016 ORIGINAL PETITION ▼

Plaintiff Janet G. Newland's Original Petition

Janet Newland Civil Cover Sheet (Dallas County) - JP 2016-10

10/17/2016 ISSUE CITATION

10/18/2016 CITATION ISSUED ▼

DC1613520-1.pdf

DC1613520-2.pdf

DC1613520-3.pdf

DC1613520-4.pdf

10/18/2016 CITATION ▼

Anticipated Server

ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
11/21/2016
Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
11/21/2016
Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
11/21/2016
Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
11/21/2016

11/21/2016 RETURN OF SERVICE ▾

AMERICAN TALENT GROUP LLC

Comment
CIT EXEC 11/16/16 TO AMERICAN TALENT GROUP LLC

11/21/2016 RETURN OF SERVICE ▾

ELLIS F TREVOR

Comment
CIT EXEC 11/16/16 TO ELLIS F TREVOR PPS

11/21/2016 RETURN OF SERVICE ▾

CHARTWELL AMERICAS LLC

Comment
CIT EXEC 11/16/16 TO CHARTWELL AMERICAS LLC PPS

11/21/2016 RETURN OF SERVICE ▾

TEXINIA CORP

Comment
CIT EXEC 11/16/16 TO TEXINIA CORP PPS

12/01/2016 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION ▾

NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

Comment
MAILED

12/02/2016 ORIGINAL ANSWER - GENERAL DENIAL ▾

2016.12.02 Defs' Answer to Plaintiff's Original Petition.pdf

01/06/2017 DISMISSAL FOR WANT OF PROSECUTION ▾

Judicial Officer
MOYE', ERIC

Hearing Time
11:00 AM

## Financial

NEWLAND, JANET G
    Total Financial Assessment      $319.00
    Total Payments and Credits      $319.00

| | | | | |
|---|---|---|---|---|
| 10/17/2016 | Transaction Assessment | | | $319.00 |
| 10/17/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 66033-2016-DCLK | NEWLAND, JANET G | ($319.00) |

## Documents

Plaintiff Janet G. Newland's Original Petition

Janet Newland Civil Cover Sheet (Dallas County) - JP 2016-10

DC1613520-1.pdf

DC1613520-2.pdf

DC1613520-3.pdf

DC1613520-4.pdf

AMERICAN TALENT GROUP LLC

ELLIS F TREVOR

CHARTWELL AMERICAS LLC

TEXINIA CORP

NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

2016.12.02 Defs' Answer to Plaintiff's Original Petition.pdf

FILED
DALLAS COUNTY
10/17/2016 10:21:03 AM
FELICIA PITRE
DISTRICT CLERK

Marissa Pittman

4-CIT ES

CAUSE NO. DC-16-13520

| | | |
|---|---|---|
| JANET G. NEWLAND, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| CHARTWELL AMERICAS, LLC, | § | |
| AMERICAN TALENT GROUP, LLC, | § | |
| TEXINIA CORPORATION, | § | |
| AND ELLIS F. TREVOR, | § | |
| | § | |
| Defendants. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

### I.

### INTRODUCTION

Plaintiff Janet G. Newland files this Original Petition against Defendants Chartwell Americas, LLC ("Chartwell"), American Talent Group ("American Talent"), Texinia Corporation ("Texina"), and Ellis Trevor ("Trevor"), (collectively "Defendants"), and respectfully alleges as follows.

### II.

### DISCOVERY CONTROL PLAN

1.     Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.2.

## III.

### PARTIES

2.     Plaintiff is an individual and a citizen of Sevier County, Tennessee.

3.     Defendant Chartwell ("Defendant") is a limited liability company organized under the laws of the state of Texas with its principal place of business located at 13601 Preston Road, Suite 250E, Dallas, Texas 75240.  Defendant may be served with process, including citation and a copy of this lawsuit, by serving Defendant's registered agent for service of process, Ellis F. Trevor, at the same address, or wherever he may be found.  Service can also be accomplished through the Texas Secretary of State.

4.     Defendant American Talent is a limited liability company organized under the laws of the state of Texas with its principal place of business located at 13601 Preston Road Suite #W-412, Dallas, Texas 75240.  American Talent may be served with process, including citation and a copy of this lawsuit, by serving American Talent's registered agent for service of process, Ellis F. Trevor, at 13601 Preston Road, Suite 250E, Dallas, Texas 75240, or wherever he may be found.  Service can also be accomplished through the Texas Secretary of State.

5.     Defendant Texinia Corporation is a corporation organized under the laws of the state of Delaware with its principal place of business located at 2110 North Peak Street, Apt. # 3103, Dallas, Texas 75204.  Texinia may be served with process, including citation and a copy of this lawsuit, by serving Texinia's registered agent for service of process, Ellis F. Trevor, at 2110 North Peak Street, Suite 3103, Dallas, Texas 75204, or wherever he may be found.  Service can also be accomplished through the Texas Secretary of State.

6.     Defendant Ellis is an individual who maintains a residence at 2110 North Peak Street, Apt. No. 3103, Dallas, Texas 75240.  Ellis may be served with process, including citation and a copy of this lawsuit, by serving Ellis at the same address, or wherever he may be found.

## IV.

### <u>JURISDICTION</u>

7.      The Court has jurisdiction over this action because the amount in controversy, exclusive of interest and costs, is within the jurisdictional limits of the Court.

8.      Plaintiff seeks monetary relief over $1,000,000.00.

### V.

### <u>VENUE</u>

9.      Venue is proper in Dallas County because (a) all Defendants' principal places of business or residences are in Dallas County,[1] and (b) all or a substantial part of the events and omissions giving rise to Plaintiff's claims occurred in Dallas County.[2]

---

[1] TEX. CIV. PRAC. & REM. CODE § 15.002(a)(2).

[2] TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1).

## VI.

## COVERAGE ALLEGATIONS

10.    Defendants transact substantial business in this judicial district.

11.    At all material times, Defendants have acted together as one employer within the meaning of 29 U.S.C. § 203(d).

12.    At all material times, Defendants have acted as an enterprise within the meaning of 29 U.S.C. § 203(r).

13.    At all material times, Defendants have acted as an enterprise engaging in commerce or in the production of goods for commerce within the meaning of 29 U.S.C. § 203(s)(1), in that said enterprise has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000.00 (exclusive of excise taxes at the retail level which are separately stated).

14.    At all materials times, Plaintiff was an individual employee of Defendants who was engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. §§ 206-207.

## VII.

## BACKGROUND FACTS

**A.    Background Information**

15.    Plaintiff worked for Defendants from in or around September 24, 2012, until her employment was terminated on or around January 30, 2016.

16.    Defendant Chartwell, which along with its New York and international offices, comprise Chartwell Speakers & Literary Agency.

17.    Chartwell, according to its website, "represents world-class keynote and motivational speakers, experts and authors for corporate events, conference and publishing opportunities globally."

18.    Chartwell's clients include former U.S. presidential candidates and other subject-matter experts in politics, finance, health, among other things.

19.    One of Chartwell's owners, Defendant Trevor, is a part or full owner of all of Defendants.

**B.    Plaintiff's Employment with Defendants**

20.    Trevor, individually and through each of Defendants, improperly paid Plaintiff as an independent contractor for her work as an employee of Defendants' joint enterprise.

21.    From on or around September 24, 2012, to December 31, 2013, Defendants appropriately treated Plaintiff as an employee; this included issuing her a W2 for her wages and withholding federal income tax, social security, and Medicare from her paychecks.

22.    Then suddenly in or around 2014, Defendants notified Plaintiff that she would now be treated as an independent contractor and issued an IRS Tax Form 1099 instead of the W2 form.

23.    Trevor tried to further deceive Plaintiff by claiming that she could now "write everything off," or words of similar effect.

---

24.     In addition to not being a legally sufficient reason to misclassify Plaintiff, she also was not able to "write everything off" as Trevor had assured her.

25.     In point of fact, Plaintiff was an employee of Defendants for the entire time she worked for them.

26.     Throughout her employment, Plaintiff performed numerous duties in advancing Defendants' business purposes.

27.     More specifically, Plaintiff's job duties consisted mostly of delivering post-contract services to Defendants' clients and speakers, including organizing travel and logistics, attending to speaker needs and briefings, coordinating security, biographies, riders, schedules, media requests, and doing so around the clock.

28.     Plaintiff also performed various clerical and assistant-type duties for Trevor personally, who made payments to Plaintiff directly and through all other Defendants.

29.     Defendants also instructed Plaintiff to perform caretaker duties at Trevor's home where she was paid in the name of various entities, including all named Defendants.

30.     On average, Plaintiff worked some 8 to 12 hours on weekends in addition to working at least 40 hours during the week.

31.     What is more, Defendants required Plaintiff to be on call for at all times while an event was occurring or a speaker was traveling, among other times.

32.     For much of this time, Plaintiff was paid a monthly "salary," regardless of the actual hours she worked.

33.     Defendants' misclassification of Plaintiff was wholly improper, especially considering the following:

34.     Plaintiff made no investment in facilities or equipment and therefore bore no risk for a loss of investment.

35.     Plaintiff did not exercise independent business judgment; rather, she discharged her duties at the direction of Defendants.

36.     Plaintiff's employment relationship with Defendants was permanent and not indefinite – Plaintiff worked for Defendants for over three years.

37.     Defendants exercised total or nearly total control over Plaintiff, including setting the rate of her pay, work hours, determining how the work was performed.

38.     Plaintiff performed all or nearly all of her duties at the direction of Trevor.

39.     The terms and conditions of Plaintiff's employment were determined by Defendants, and by Trevor in particular.

40.     Trevor determined what hours Plaintiff worked and what tasks she was to perform.

41.     Plaintiff thus was entitled to overtime pay under the Fair Labor Standards Act.[3]

C.      **Plaintiff Notified Defendants of this Misclassification and Was Retaliated Against for Doing So**

42.     When Plaintiff continued to ask Defendants correct this misclassification for her work on a particular project, Trevor responded with hostility in retaliation for Plaintiff doing so and threatened her by saying, "If you bring that up one more time . . ."

43.     On more than one occasion, Plaintiff communicated to Defendants, and their accountant Richard Swille, that she was being improperly classified as an independent contractor.

44.     On multiple occasions, Trevor assured Plaintiff that this would be corrected, but it never was.

---

[3] 29 U.S.C. § 201, *et seq.*

45.     In or around November 2015, Plaintiff inquired about this misclassification to the Internal Revenue Service.

46.     Plaintiff shared with Mr. Swille that she was concerned about the tax situation the misclassification had created for her and that she had called the IRS about it.

47.     Not more than two months later, Trevor terminated Plaintiff's employment, claiming "this isn't working anymore," or words of similar effect.

48.     Upon Plaintiff asking for a written notice of termination, she received a letter indicating that she had been terminated for multiple acts of misconduct, all of which were categorically false.

### VIII.

### CAUSES OF ACTION

**D.     First Cause of Action—Failure to Pay Wages in Accordance with the FLSA**

49.     Plaintiff incorporates each of the foregoing paragraphs.

50.     Defendants engaged in a practice of not Plaintiff one and one half times her regular rate of pay for all hours worked in excess of forty hours in a workweek.

51.     Defendants' actions violate 29 U.S.C. §§ 206, 207, and 215(a)(2).

**E.     Second Cause of Action—Unlawful Retaliation—FLSA**

52.     Plaintiff incorporates each of the foregoing paragraphs.

53.     Plaintiff engaged in protected activity as set forth in 29 U.S.C. § 215(a)(3).

54.     In response, Defendants terminated Plaintiff's employment and took subsequent actions to discourage Plaintiff from continued protected activity.

55.     Defendants' actions violated 29 U.S.C. § 215(a)(3).

## IX.

## DAMAGES

56.     Plaintiff incorporates each of the foregoing paragraphs.

57.     Defendants' actions violated 29 U.S.C. § 207(a).

58.     Pursuant to 29 U.S.C. § 216(b), Plaintiff seeks to recover all unpaid minimum wages and unpaid overtime compensation.

59.     Plaintiff also seeks as liquidated damages an amount equal to that recovered for unpaid minimum wages and unpaid overtime compensation.

60.     Plaintiff seeks all damages available to her under federal law.

## X.

## ATTORNEYS' FEES AND COSTS

61.     Plaintiff incorporates each of the foregoing paragraphs.

62.     Plaintiff retained the services of undersigned counsel to prosecute her claims.

63.     Plaintiff is entitled to recover a reasonable attorney's fee from Defendants, including costs.

## XI.

## JURY DEMAND

64.     Plaintiff demands a trial by jury.

## XII.

### CONCLUSION AND PRAYER

65.    Plaintiff respectfully requests that Defendants be cited to appear and answer, and

that upon final trial of this matter, the Court enter judgment against Defendants, awarding Plaintiff:

        A.    All unpaid minimum wages and unpaid overtime compensation;

        B.    All unpaid wages and commissions;

        C.    Liquidated damages equal to the amount in subsection (A) above;

        D.    Reasonable attorneys' fees and expert fees;

        E.    Court costs;

        F.    Pre-judgment and post-judgment interest at the rate set by law; and

        G.    All legal or equitable relief this Court deems proper.

Respectfully submitted,

/s/ Javier Perez
MATTHEW R. SCOTT
Texas Bar No. 00794613
matt.scott@scottperezlaw.com
JAVIER PEREZ
Texas Bar No. 24083650
javier.perez@scottperezlaw.com
**SCOTT | PEREZ LLP**
Founders Square
900 Jackson Street, Suite 550
Dallas, Texas 75206
214-965-9675 / 214-965-9680 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

# CIVIL CASE INFORMATION SHEET

DC-16-13520

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____  COURT *(FOR CLERK USE ONLY):* _____

STYLED  Janet G. Newland v. Chartwell Americas, LLC, American Talent Group, LLC, Texinia Corporation, and Ellis F. Trevor

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: Javier Perez

Email: javier.perez@scottperezlaw.com

Address: 900 Jackson Street, Suite 550

Telephone: 214-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

City/State/Zip: Dallas, Texas 75202

Fax: 214-965-9680

Signature: *Javr Perez*

State Bar No: 24083650

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Janet G. Newland

Defendant(s)/Respondent(s): Chartwell Americas, LLC / American Talent Group, LLC / Texinia Corporation

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
- ■ Attorney for Plaintiff/Petitioner
- ☐ *Pro Se* Plaintiff/Petitioner
- ☐ Title IV-D Agency
- ☐ Other: _____

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract:

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract:

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation
*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability:
- ☐ Motor Vehicle Accident
- ☐ Premises
*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product:
- ☐ Other Injury or Damage:

**Real Property**
- ☐ Eminent Domain/Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other:

**Employment**
- ☐ Discrimination
- ■ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ■ Other Employment: FLSA

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: _____

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void
*Divorce*
- ☐ With Children
- ☐ No Children

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

### Tax
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

### Probate & Mental Health
*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100, 000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ■ Over $1,000,000

Rev 2/13

Additional Defendant:

Ellis F. Trevor

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:     **CHARTWELL AMERICAS LLC**
        **BY SERVING REGISTERED AGENT ELLIS F TREVOR**
        **13601 PRESTON ROAD SUITE 250E**
        **DALLAS TX  75240**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being JANET G NEWLAND

Filed in said Court **17th day of October, 2016** against

**CHARTWELL AMERICAS LLC, AMERICAN TALENT GROUP LLC, TEXINIA CORPORATION, AND ELLIS F TREVOR**

For Suit, said suit being numbered <u>DC-16-13520</u>, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of October, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By   **/s/ Gay Lane**_____, Deputy
        **GAY LANE**

**ESERVE**

CITATION

DC-16-13520

**JANET G NEWLAND**
vs.
**CHARTWELL AMERICAS LLC et al**

ISSUED THIS
**18th day of October, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

**Attorney for Plaintiff**
**JAVIER PEREZ**
**900 JACKSON STREET**
**SUITE 550**
**DALLAS TX  75206**
**214-965-9675**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-16-13520

Court No. 14th District Court

Style: JANET G NEWLAND

vs.

CHARTWELL AMERICAS LLC et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. Executed at _____,

within the County of _____, at _____ o'clock _____.M. on the _____ day of _____,

20 _____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation    $ _____

For mileage              $ _____               of _____ County, _____

For Notary               $ _____               By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____
Notary Public _____ County _____

ESERVE

CITATION

DC-16-13520

JANET G NEWLAND
vs.
CHARTWELL AMERICAS LLC et al

ISSUED THIS
**18th day of October, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: GAY LANE, Deputy

**Attorney for Plaintiff**
JAVIER PEREZ
900 JACKSON STREET
SUITE 550
DALLAS TX 75206
214-965-9675

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To: **AMERICAN TALENT GROUP LLC
BY SERVING REGISTERED AGENT ELLIS F TREVOR
13601 PRESTON ROAD SUITE 250 E
DALLAS TX 75240**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being JANET G NEWLAND

Filed in said Court **17th day of October, 2016** against

**CHARTWELL AMERICAS LLC, AMERICAN TALENT GROUP LLC, TEXINIA CORPORATION, AND ELLIS F TREVOR**

For Suit, said suit being numbered **DC-16-13520**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of October, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By: /s/ Gay Lane _____, Deputy
GAY LANE

# OFFICER'S RETURN

Case No. : DC-16-13520

Court No.14th District Court

Style: JANET G NEWLAND

vs.

CHARTWELL AMERICAS LLC et al

Came to hand on the _____ day of _____, 20____ at _____ o'clock _____.M. Executed at _____

within the County of _____ o'clock _____.M. on the _____ day of _____,

20____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation   $ _____

For mileage   $ _____   of _____ County, _____

For Notary   $ _____   By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To: **TEXINIA CORPORATION**
**BY SERVING REGISTERED AGENT ELLIS F TREVOR**
**211 NORTH PEAK STREET SUITE 3103**
**DALLAS TX 75204**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being JANET G NEWLAND

Filed in said Court **17th day of October, 2016** against

**CHARTWELL AMERICAS LLC, AMERICAN TALENT GROUP LLC, TEXINIA CORPORATION, AND ELLIS F TREVOR**

For Suit, said suit being numbered **DC-16-13520**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of October, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By /s/ Gay Lane _____, Deputy
GAY LANE

---

**ESERVE**

**CITATION**

**DC-16-13520**

**JANET G NEWLAND**
vs.
**CHARTWELL AMERICAS LLC et al**

ISSUED THIS
**18th day of October, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: GAY LANE, Deputy

**Attorney for Plaintiff**
JAVIER PEREZ
900 JACKSON STREET
SUITE 550
DALLAS TX 75206
214-965-9675

**DALLAS COUNTY
SERVICE FEES
NOT PAID**



# OFFICER'S RETURN

Case No. : DC-16-13520

Court No.14th District Court

Style: JANET G NEWLAND

vs.

CHARTWELL AMERICAS LLC et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. on the _____ o'clock _____.M. Executed at _____

within the County of _____ at _____ day of _____,

20_____, by delivering to the within named

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation     $ _____          _____
For mileage              $ _____    of _____ County, _____
For Notary               $ _____    By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____
Notary Public _____ County _____

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:     **ELLIS F. TREVOR**
        **2110 NORTH PEAK STREET APT NO 3103**
        **DALLAS TX 75240**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JANET G NEWLAND**

Filed in said Court **17th day of October, 2016** against

**CHARTWELL AMERICAS LLC, AMERICAN TALENT GROUP LLC, TEXINIA CORPORATION, AND ELLIS F TREVOR**

For Suit, said suit being numbered **DC-16-13520**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of October, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

                    By: _/s/ Gay Lane_____, Deputy
                            GAY LANE

---

**ESERVE**

CITATION

DC-16-13520

**JANET G NEWLAND**
vs.
**CHARTWELL AMERICAS LLC et al**

ISSUED THIS
**18th day of October, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

**Attorney for Plaintiff**
JAVIER PEREZ
900 JACKSON STREET
SUITE 550
DALLAS TX 75206
214-965-9675

**DALLAS COUNTY
SERVICE FEES
NOT PAID**



# OFFICER'S RETURN

Case No. : DC-16-13520

Court No.14th District Court

Style: JANET G NEWLAND

vs.

CHARTWELL AMERICAS LLC et al

Came to hand on the _____ day of _____, 20_____ at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____,

20_____, by delivering to the within named _____,

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation   $ _____

For mileage   $ _____   of _____ County, _____

For Notary   $ _____   By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____
Notary Public _____ County _____

## RETURN OF SERVICE

| State of Texas | County of Dallas | 14th District Court |
|---|---|---|

Case Number: DC-16-13520

Plaintiff:
**Janet G. Newland**

vs.

Defendant:
**Chartwell Americas, LLC, et al.**

Received these papers on the 1st day of November, 2016 at 5:42 pm to be served on **American Talent Group LLC by serving its registered agent Ellis Trevor, 13601 Preston Road, Suite 250E, Dallas, TX 75240.**

I, Bryon Welch, do hereby affirm that on the **16th day of November, 2016 at 12:17 pm, I:**

am a Certified Process Server authorized under Order of the Supreme Court of Texas to serve process in this cause. I am over (18) years of age, of sound mind, and not a party to or interested in the above suit. I have personal knowledge of the facts contained herin and each is true and correct. I served a true copy of the **Citation and Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me to **American Talent Group LLC,** at the address of **2110 North Peak St Apt 3103, Dallas, TX 75204** on **11/16/2016 at 12:17 pm,** accepted by **Ellis Trevor** on behalf of **American Talent Group LLC.**

"My name is Bryon Welch, my date of birth is 08/09/1971 and my address is PO Box 272 Arlington, Texas 76004, USA. I declare under penalty of perjury that the foregoing is true and correct. Executed in Tarrant County, State of Texas, on the _____ day of _____, 2016.
_____ Declarant"

_____
**Bryon Welch**
SCH#5954  EXP 10/31/18

Our Job Serial Number: ALT-2016000577

FILED

2016 NOV 21  AM 11: 00

FELICIA PITRE
DISTRICT CLERK
DALLAS CO TEXAS
_____ DEPUTY

delivered
11/19/16
12:07pm

## FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:    AMERICAN TALENT GROUP LLC
       BY SERVING REGISTERED AGENT ELLIS F TREVOR
       13601 PRESTON ROAD SUITE 250 E
       DALLAS TX 75240

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty  days after you were served this citation and  petition, a default judgment may be
taken against you.  Your answer should be addressed to the clerk of the **14th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JANET G NEWLAND**

Filed in said Court **17th day of October, 2016** against

**CHARTWELL AMERICAS LLC, AMERICAN TALENT GROUP LLC, TEXINIA
CORPORATION, AND ELLIS F TREVOR**

For Suit, said suit being numbered **DC-16-13520**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If
this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of October, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

                    By _/s/ Gay Lane_____, Deputy
                              GAY LANE



---

**ESERVE**

**CITATION**

DC-16-13520

**JANET G NEWLAND**
vs.
**CHARTWELL AMERICAS LLC et al**

**ISSUED THIS
18th day of October, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

**Attorney for Plaintiff**
JAVIER PEREZ
900 JACKSON STREET
SUITE 550
DALLAS TX 75206
214-965-9675

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

return of service attached

## RETURN OF SERVICE

| State of Texas | County of Dallas | 14th District Court |
|---|---|---|

Case Number: DC-16-13520

Plaintiff:
**Janet G. Newland**

vs.

Defendant:
**Chartwell Americas, LLC, et al.**

Received these papers on the 1st day of November, 2016 at 5:42 pm to be served on **Ellis Trevor, 2110 North Peak St Apt No.3103, Dallas, TX 75204.**

I, Bryon Welch, do hereby affirm that on the **16th day of November, 2016 at 12:17 pm, I:**

am a Certified Process Server authorized to serve process in this cause.  I am over (18) years of age, of sound mind and not a party to or interested in the above suit.  I have personal knowledge of the facts contained herin and each is true and correct.  **I INDIVIDUALLY/PERSONALLY** served **Ellis Trevor** ,in person, at **2110 North Peak St Apt No.3103, Dallas, TX 75204** on 11/16/2016 at 12:17 pm by delivering a true copy of the **Citation and Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein.

"My name is Bryon Welch, my date of birth is 08/09/1971 and my address is PO Box 272 Arlington, Texas 76004, USA.  I declare under penalty of perjury that the foregoing is true and correct.  Executed in Tarrant County, State of Texas, on the 16th day of November , 2016.
_____ Declarant"

_Bryon Welch_
**Bryon Welch**
SCH#5954  EXP 10/31/18

Our Job Serial Number: ALT-2016000575

FILED

2016 NOV 21 AM 11: 00

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

To:   **ELLIS F. TREVOR**
      **2110 NORTH PEAK STREET APT NO 3103**
      **DALLAS TX 75240**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JANET G NEWLAND**

Filed in said Court **17th day of October, 2016** against

**CHARTWELL AMERICAS LLC, AMERICAN TALENT GROUP LLC, TEXINIA CORPORATION, AND ELLIS F TREVOR**

For Suit, said suit being numbered **DC-16-13520**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of October, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By   /s/ Gay Lane                              , Deputy
      GAY LANE

**ESERVE**

**CITATION**

**DC-16-13520**

**JANET G NEWLAND**
vs.
**CHARTWELL AMERICAS LLC et al**

ISSUED THIS
**18th day of October, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: GAY LANE, Deputy

**Attorney for Plaintiff**
**JAVIER PEREZ**
**900 JACKSON STREET**
**SUITE 550**
**DALLAS TX 75206**
**214-965-9675**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

Return of service attached



## RETURN OF SERVICE

| | | |
|---|---|---|
| State of Texas | County of Dallas | 14th District Court |

Case Number: DC-16-13520

Plaintiff:
**Janet G. Newland**

vs.

Defendant:
**Chartwell Americas, LLC, et al.**

Received these papers on the 1st day of November, 2016 at 5:42 pm to be served on **Chartwell Americas LLC by serving its registered agent Ellis Trevor, 13601 Preston Road, Suite 250E, Dallas, TX 75240.**

I, Bryon Welch, do hereby affirm that on the **16th day of November, 2016 at 12:17 pm, I:**

am a Certified Process Server authorized under Order of the Supreme Court of Texas to serve process in this cause. I am over (18) years of age, of sound mind, and not a party to or interested in the above suit. I have personal knowledge of the facts contained herin and each is true and correct. I served a true copy of the **Citation and Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me to **Chartwell Americas LLC,** at the address of **2110 Peak St Apt 3103, Dallas, TX 75204** on **11/16/2016** at **12:17 pm,** accepted by **Ellis Trevor** on behalf of **Chartwell Americas LLC.**

"My name is Bryon Welch, my date of birth is 08/09/1971 and my address is PO Box 272 Arlington, Texas 76004, USA. I declare under penalty of perjury that the foregoing is true and correct. Executed in Tarrant County, State of Texas, on the _____ day of _____, 2016.
_____ Declarant"

_____
**Bryon Welch**
SCH#5954  EXP 10/31/18

Our Job Serial Number: ALT-2016000578

*Return of service attached*

FILED
2016 NOV 21 AM 11: 00
FELICIA PITRE
DISTRICT CLERK
DALLAS COUNTY
_____ DEPUTY



# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**   CHARTWELL AMERICAS LLC
BY SERVING REGISTERED AGENT ELLIS F TREVOR
13601 PRESTON ROAD SUITE 250E
DALLAS TX 75240

**GREETINGS:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty  days after you were served this citation and  petition, a default judgment may be
taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JANET G NEWLAND**

Filed in said Court **17th day of October, 2016** against

**CHARTWELL AMERICAS LLC, AMERICAN TALENT GROUP LLC, TEXINIA
CORPORATION, AND ELLIS F TREVOR**

For Suit, said suit being numbered **DC-16-13520**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If
this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of October, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By **/s/ Gay Lane**
GAY LANE

By _____ , Deputy

---

**ESERVE**

**CITATION**

DC-16-13520

**JANET G NEWLAND**
vs.
**CHARTWELL AMERICAS LLC et al**

ISSUED THIS
**18th day of October, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

**Attorney for Plaintiff**
JAVIER PEREZ
900 JACKSON STREET
SUITE 550
DALLAS TX 75206
214-965-9675

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. : DC-16-13520

Court No.14th District Court

Style: JANET G NEWLAND

vs.

CHARTWELL AMERICAS LLC et al

Came to hand on the _____ day of _____, 20____ at _____ o'clock _____.M. Executed at _____

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____

20____ , by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation      $ _____

For mileage             $ _____                        _____ of _____ County, _____

For Notary              $ _____                        By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Dallas** | **14th District Court** |

Case Number: DC-16-13520

Plaintiff:
**Janet G. Newland**

vs.

Defendant:
**Chartwell Americas, LLC, et al.**

Received these papers on the 1st day of November, 2016 at 5:42 pm to be served on **Texinia Corporation by serving its registered agent Ellis Trevor, 2110 North Peak St Apt No.3103, Dallas, TX 75240.**

I, Bryon Welch, do hereby affirm that on the **16th day of November, 2016 at 12:17 pm, I:**

am a Certified Process Server authorized under Order of the Supreme Court of Texas to serve process in this cause. I am over (18) years of age, of sound mind, and not a party to or interested in the above suit. I have personal knowledge of the facts contained herin and each is true and correct. I served a true copy of the **Citation and Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me to **Texinia Corporation, at the address of 2110 North Peak St Apt No.3103, Dallas, TX 75204 on 11/16/2016 at 12:17 pm,** accepted by **Ellis Trevor** on behalf of **Texinia Corporation.**

"My name is Bryon Welch, my date of birth is 08/09/1971 and my address is PO Box 272 Arlington, Texas 76004, USA. I declare under penalty of perjury that the foregoing is true and correct. Executed in Tarrant County, State of Texas, on the _16th_ day of _November_, 2016.
_____Bryon Welch_____ Declarant"

_Bryon Welch_
**Bryon Welch**
SCH#5954  EXP 10/31/18

Our Job Serial Number: ALT-2016000576

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

FILED

16 NOV 21 AM11:00

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

delivered 11/21/16 by cert mail

**FORM NO. 353-3 - CITATION**

**THE STATE OF TEXAS**

To:    **TEXINIA CORPORATION**
BY SERVING REGISTERED AGENT ELLIS F TREVOR
211 NORTH PEAK STREET SUITE 3103
DALLAS TX 75204

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty  days after you were served this citation and  petition, a default judgment may be
taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JANET G NEWLAND**

Filed in said Court **17th day of October, 2016** against

**CHARTWELL AMERICAS LLC, AMERICAN TALENT GROUP LLC, TEXINIA
CORPORATION, AND ELLIS F TREVOR**

For Suit, said suit being numbered **DC-16-13520**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If
this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of October, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By: /s/ Gay Lane                    , Deputy
GAY LANE

**CITATION**

DC-16-13520

**JANET G NEWLAND**
vs.
**CHARTWELL AMERICAS LLC et al**

ISSUED THIS
**18th day of October, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

**Attorney for Plaintiff**
JAVIER PEREZ
900 JACKSON STREET
SUITE 550
DALLAS TX 75206
214-965-9675



**DALLAS COUNTY
SERVICE FEES
NOT PAID**

Return of service attached

# OFFICER'S RETURN

Case No. : DC-16-13520

Court No.14th District Court

Style: JANET G NEWLAND

vs.

CHARTWELL AMERICAS LLC et al

Came to hand on the _____ day of _____ 20____ at _____ o'clock _____.M. on the _____ o'clock _____.M. Executed at

within the County of _____ at _____ day of

20____, _____ by delivering to the within named

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ _____ | _____ |
| For mileage | $ _____ | of _____ County, _____ |
| For Notary | $ _____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ 20____

to certify which witness my hand and seal of office.

_____
Notary Public _____ County _____



14TH JUDICIAL DISTRICT COURT
GEORGE L. ALLEN COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604

December 01, 2016

FILE COPY


DC-16-13520
JANET G NEWLAND  vs.  CHARTWELL AMERICAS LLC et al


ALL COUNSEL OF RECORD AND PRO SE PARTIES:

The above case is set for dismissal, pursuant to Rule 165A, Texas Rules of Civil procedure and pursuant to the inherent power of the Court, on:

**January 06, 2017 at 11:00 AM**

If no answer has been filed you are expected to have moved for a default judgment on or prior to that date. Your failure to have done so will result in the dismissal of the case on the above date.

If you have been unable to obtain service of process and you wish to retain the case on the docket, you must appear on the above date, unless you have obtained a new setting from the court coordinator.



Sincerely,




ERIC V. MOYÉ, DISTRICT JUDGE
14TH DISTRICT COURT
Dallas County, Texas

Cc:
 JAVIER PEREZ
 900 JACKSON STREET
 SUITE 550
 DALLAS TX 75202

FILED
DALLAS COUNTY
12/2/2016 11:21:46 AM
FELICIA PITRE
DISTRICT CLERK

NO. DC-16-13520

| | | |
|---|---|---|
| JANET G. NEWLAND, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | DALLAS COUNTY, TEXAS |
| CHARTWELL AMERICAS, LLC, | § | |
| AMERICAN TALENT GROUP, LLC, | § | |
| TEXINIA CORPORATION, AND | § | |
| ELLIS F. TREVOR | § | |
| | § | |
| Defendants. | § | 14TH JUDICIAL DISTRICT |

**DEFENDANTS' ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Chartwell Americas, LLC, American Talent Group, LLC, Texinia Corporation and Ellis F. Trevor ("Defendants") file the following Answer to Plaintiff's Original Petition on file herein and for such answer would show the Court the following:

**I.**

**GENERAL DENIAL**

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants hereby enter a general denial, denying each and every, all and singular, the allegations, charges and claims contained in Plaintiff's Original Petition, and demand strict proof thereof by a preponderance of the evidence.

**II.**

**AFFIRMATIVE DEFENSES**

Defendants set forth the following Affirmative Defenses:

1.      Pleading further, and as an affirmative defense, Defendants contend that Plaintiff's claims are barred in whole or in part by the applicable statute of limitations for each cause of action

asserted.   Defendants specifically assert that Plaintiff's claims are barred by the statute of limitations provided in 29 U.S.C. §255(a).

2.       Pleading further, and as an affirmative defense, Plaintiff's Original Petition fails to state a claim upon which relief may be granted.

3.       Pleading further, and as an affirmative defense, Defendants contend that Plaintiff's claims beyond two years for willful and intentional conduct under the FLSA is unfounded. Defendants state that any alleged conduct was not willful as defined by the FLSA.

4.       Pleading further, and as an affirmative defense, Defendants contend that Plaintiff was paid for all hours worked including overtime.

5.       Pleading further, and as an affirmative defense, Defendants contend that one or more of the Defendants were not the Plaintiff's employer during the time periods that are the basis of Plaintiff's claims.

6.       Pleading further, and as an affirmative defense, Defendants' actions with respect to Plaintiff were taken in good faith and Defendants had reasonable grounds for believing that it was complying with the FLSA.  Defendants specifically assert the "good faith" defenses provided for by 29 U.S.C. §§ 259 and 260.

7.       Pleading further, and as an affirmative defense, any alleged adverse employment actions taken regarding Plaintiff's employment with regard to any Defendants were based on legitimate, non-discriminatory business decisions and not for any unlawful retaliatory reason.

8.       Pleading further, and as an affirmative defense, Defendants assert that Plaintiff did not engage in protected activity as defined by 29 U.S.C. §215(a)(3).

9.       Defendants deny responsibility or liability for any alleged damages sustained by Plaintiff in relation to her claims of retaliation under the FLSA.  However, if Plaintiff has sustained

damages, then such damages, if any, should be reduced by the amount Plaintiff could reasonably have mitigated such damages by proper action and by the amount, if any, Plaintiff had actually mitigated such alleged damages, if any.

10.    Defendants reserve the right to raise any and all other defenses that may become evident during discovery and during any other proceeding in this action.

### III.

### <u>PRAYER</u>

WHEREFORE, Defendants pray that Plaintiff take nothing by her suit, that costs of court be taxed against her, and that Defendants be granted such other and further relief, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

GRAY REED & McGRAW, P.C.

By      */s/Fred Gaona III*
        Ruth Ann Daniels
        State Bar No. 15109200
        *rdaniels@grayreed.com*
        Fred Gaona
        State Bar No. 24029562
        *fgaona@grayreed.com*

4600 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone:  (214) 954.4135
Facsimile:  (214) 953.1332

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon counsel for Plaintiff in accordance with the Texas Rules of Civil Procedure, on this 2nd day of December, 2016, as follows:

> **VIA E-SERVICE**
> Matthew R. Scott
> Javier Perez
> SCOTT | PEREZ LLP
> Founders Square
> 900 Jackson Street, Suite 550
> Dallas, Texas  75206

/s/ Fred Gaona III
Fred Gaona III